**United States District Court**
**Violation Notice**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1166891 | Krissoula | M465 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 5/25/07 19:10 | 36 CFR 4.2(b) M.G.L.c.90-23 |

Place of Offense: Kent Point Road

Offense Description: Suspended License
CI# 07-22-019

**DEFENDANT INFORMATION**

Last Name: Chosn
First Name: Anthony
M.I.:
Street Address: 6 Bridge St
City: Needham  State: MA  Zip Code: 02494
Drivers License No: [redacted]  D.L. State: MA  Social Security No: 55-387-4762  Date of Birth: 10/6/85

Adult / Juvenile  Sex: Male  Hair: Bk  Eyes: Br  Height:  Weight:

**VEHICLE DESCRIPTION**

Tag No: 376 GL0  State: MA  VIN:  Year: 07  Make/Model: Honda  Color: Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $ Mandatory Forfeiture Amount
+ $25 Processing Fee
$ Total Collateral Due

YOUR COURT DATE
Court Address: Mandatory Appearance

Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on May 25, 2007 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts

While traveling on Kent Point Road I observed a blue sedan traveling at what appeared to be a high rate of speed. The radar unit in my patrol vehicle confirmed that the vehicle was traveling at 42 mph in a 30 mph zone. Kent Point Road is clearly posted at 30 mph. I conducted a traffic stop and identified the operator as Anthony Chosn. A check of Chosn's license status was suspended.

36H 0363

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05/25/07  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant

Executed on 6/1/2007  U.S. Magistrate Judge